Form 13dschdefntchrg

# UNITED STATES BANKRUPTCY COURT
# District of Connecticut

---

In Re: Terrence Hall
      Debtor(s)

Case No.: 13–22038

Chapter 13

---

### DEFICIENCY NOTICE AND NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that you have failed to file:

_____ Application for Entry of Chapter 13 Discharge (court approved form)

\_\_\_X\_\_\_\_ Debtor's Certificate of Financial Management (official form B23)

Pursuant to 11 U.S.C., §1328, a debtor, in order to receive a discharge shall file with the clerk, an **Application for Entry of Chapter 13 Discharge** on a court–approved form, within 21 days of the filing of the Chapter 13 Trustee's Final Account. In addition, a **Debtor's Certificate of Financial Management** (official form B23) shall be filed before the completion of the Chapter 13 Plan.

Notice is hereby given that if you fail to correct this deficiency, (file the Application for Entry of Chapter 13 Discharge or file the Debtor's Certificate of Financial Management), before the scheduled hearing below, your case may be closed without entry of a discharge. To subsequently obtain a discharge, you will be required to file a Motion to Reopen the case and to pay the required filing fee, unless the fee is waived by the court.

**NOTICE OF HEARING TO DETERMINE IF DISCHARGE SHOULD NOT ENTER FOR FAILURE TO FILE AN APPLICATION FOR ENTRY OF CHAPTER 13 DISCHARGE OR DEBTOR'S CERTIFICATE OF FINANCIAL MANAGEMENT**

PLEASE TAKE NOTICE that a hearing will be held on 12/17/15 at 09:30 AM at the U. S. Bankruptcy Court, 450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103 at which time the movant(s) shall have the opportunity to appear and show cause as to why the discharge should enter.

Date: 12/1/15                                    Myrna Atwater, Acting Clerk